### BUCKEL v. SUSS.

APPEAL from judgment of the trial term dismissing complaint, and from order denying motion for new trial.

*Charles Steckler*, for plaintiff (appellant).

*Guggenheimer & Untermeyer* (*Samuel Untermeyer*, of counsel), for defendant (respondent).

*Per Curiam.* For the reasons set forth in the opinion of the court below, the judgment and order appealed from are affirmed, with costs.

Judgment and order affirmed.

### GILLETT v. WHITING.

APPEAL by defendant from judgment entered in favor of the plaintiffs, upon the verdict of a jury, and from order denying defendant's motion for a new trial.

*Per Curiam.* This case has been retried in strict conformity with the opinion of the Court of Appeals upon the former appeal, reported in 120 N. Y. 402. There was sufficient evidence upon the question of ratification to require the submission of the question to the jury, and the record discloses no error in the admission or exclusion of evidence, or in the instructions given to, or withheld from the jury. Nor can the verdict be held to be against the weight of the evidence.

The judgment and order should be affirmed, with costs.

Judgment and order affirmed.

### CLUFF v. DAY.

*Per Curiam.* The exceptions taken by the defendants should be overruled, and the plaintiff should have judgment on the verdict, with costs.

Judgment for plaintiff.